## 73149. MORGAN v. THE STATE.
(351 SE2d 517)

CARLEY, Judge.

Appellant and one of two co-indictees were tried before a jury for the commission of an armed robbery. The jury found both appellant and his co-defendant guilty and the trial court entered judgments of conviction and sentences on the jury's verdicts. Thereafter, separate appeals were filed. The conviction of appellant's co-defendant was affirmed in *Welch v. State*, 179 Ga. App. 221 (346 SE2d 4) (1986). In the instant case, appellant appeals from the denial of his motion for new trial.

1. Appellant enumerates as error the trial court's denial of a motion for mistrial. However, the denial of a motion for mistrial is not subject to review where, as here, the motion was not renewed following curative instructions. *Kirksey v. State*, 177 Ga. App. 428, 429 (3) (339 SE2d 401) (1986).

2. Appellant's remaining enumerations of error are controlled adversely to his contentions by Divisions 2 and 3 of this court's opinion in *Welch v. State*, supra. There was no error.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED DECEMBER 2, 1986.

*Rodney H. Roberts*, for appellant.

*Jack O. Partain III, District Attorney, Steven M. Harrison, Assistant District Attorney*, for appellee.